IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIBERTY INSURANCE UNDERWRITERS INC., <br><br> Plaintiff, <br><br> v. <br><br> COCRYSTAL PHARMA INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 19-02281-JDW-CJB <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION AND ORDER FOR ENTRY OF JUDGMENT**

WHEREAS, Liberty Insurance Underwriters, Inc. ("Liberty") filed its Complaint (D.I. 1) in this action on December 16, 2019;

WHEREAS, Cocrystal Pharma, Inc. ("Cocrystal") filed its operative Answer, Affirmative Defenses And Second Amended Counterclaim to Plaintiff's Complaint (D.I. 33) (the "Counterclaim") on May 11, 2021;

WHEREAS, on February 1, 2022, Liberty and Cocrystal filed competing cross Motions for Summary Judgment (D.I. 83 and 86);

WHEREAS, on May 23, 2022, the Court entered its Memorandum (D.I. 123) and Order on Motion (D.I. 124) for Summary Judgment, (1) granting summary judgment in favor of Liberty and against Cocrystal on all of Liberty's claims set forth in its Complaint (D.I. 1) and on Cocrystal's First, Second, Third and Fourth Claims for Relief set forth in the Counterclaim; (2) denying Liberty's motion for summary judgment on Cocrystal's Fifth Claim for Relief set forth in its Counterclaim; (3) denying Cocrystal's motion for summary judgment on Liberty's Complaint (D.I. 86); and (4) dismissing Cocrystal's Sixth Claim for Relief in its Counterclaim.

WHEREAS, Cocrystal intends to appeal the Court's rulings on both parties' motions for summary judgment;

WHEREAS, although the Fifth Claim for Relief in Cocrystal's Counterclaim survived summary judgment, the parties agree that commencing a jury trial solely on the Fifth Claim for Relief in the Counterclaim would be a waste of judicial and party resources, given that Cocrystal's ability, if any, to recover damages for the Fifth Claim for Relief is substantially diminished as a result of the Court's finding there is no coverage for the subject claim under the insurance policy at issue in the case;

WHEREAS, the parties further agree that the interests of judicial economy and efficiency are best served by expediting Cocrystal's ability to appeal the Court's ruling on Summary Judgment without first completing a jury trial on the Fifth Claim for Relief;

IT IS HEREBY STIPULATED AND AGREED by Liberty and Cocrystal, subject to the approval of the Court, that:

1. The Judgment incorporates the Court's rulings on summary judgment (D.I. 123 and 124), except for the Court's denial of Liberty's motion for summary judgment on Cocrystal's Fifth Claim for Relief set forth in its Counterclaim;

2. Cocrystal's Fifth Claim for Relief in the Counterclaim shall be dismissed with prejudice, and Judgment shall be entered in favor of Liberty and against Cocrystal on that claim, as a result of the Court's rulings on Summary Judgment, given that such other rulings preclude Cocrystal from proving recoverable damages and moot the claim;

3. It is expressly acknowledged that of the entry of Judgment as described herein is for the purpose of facilitating Cocrystal's appeal of the Court's other rulings on Summary Judgment and

avoiding what would now likely prove to be a wasteful exercise in proceeding to trial under all the circumstances as respects Cocrystal's Fifth Claim for Relief; and

4. The parties agree that nothing in the foregoing shall constitute a waiver of or limitation on the right to appeal any issue otherwise properly preserved.

5. Judgment in the amount of $1,359,063.72 (consisting of $1,152,371.02 in recoupment, plus prejudgment interest in the amount of $206,692.74 (calculated from December 16, 2019 through June 6, 2022)) shall be entered in favor of Liberty and against Cocrystal on Count III of Liberty's Complaint.

| POTTER ANDERSON & CORROON LLP | SMITH, KATZENSTEIN & JENKINS LLP |
|---|---|
| By: /s/ Jennifer C. Wasson<br>Jennifer C. Wasson (No. 4933)<br>Carla M. Jones (No. 6046)<br>Brandon R. Harper (No. 6418)<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>Wilmington, DE 19801<br>(302) 984-6000<br>jwasson@potteranderson.com<br>cjones@potteranderson.com<br>bharper@potteranderson.com<br><br>*Attorneys for Defendant* | By: /s/ Robert J. Katzenstein<br>Robert J. Katzenstein (No. 378)<br>Brandywine Building<br>1000 West Street, Suite 1501<br>P.O. Box 410<br>Wilmington, DE 19899<br>(302) 652-8400<br>rjk@skjlaw.com<br><br>*Attorneys for Plaintiff* |

Dated: June 6, 2022

IT IS SO ORDERED this __7th__ day of __June__, 2022.

/s/ Joshua D. Wolson
The Honorable Joshua D. Wolson
United States District Judge