# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIBERTY INSURANCE UNDERWRITERS INC., | ) )  ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| COCRYSTAL PHARMA, INC., | ) ) ) |
| Defendant. | ) |

C.A. No. 19-cv-02281-JDW

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE, that pursuant to Local Rule 83.7, that Michael A. Sherman of Stubbs Alderton & Markiles, LLP and Joseph G. Balice of BG Law and its attorneys hereby withdraw their appearance as counsel for Defendant/Counter-Claimant Cocrystal Pharma, Inc. Counsel Tamara D. Bruno of Pillsbury Winthrop Shaw Pittman LLP, Two Houston Center, 909 Fannin, Suite 2000, Houston, TX 77010; Peter M. Gillon and Jesse N. Vazquez of Pillsbury Winthrop Shaw Pittman LLP ,1200 Seventeenth Street, NW Washington, DC  20036 hereby enter their appearance on behalf of Cocrystal Pharma, Inc. The law firm of Potter Anderson & Corroon, LLP remains as Delaware counsel for Cocrystal Pharma, Inc.

POTTER ANDERSON & CORROON LLP

By:   */s/ Jennifer C. Wasson*
     Jennifer C. Wasson (No. 4933)
     Carla M. Jones (No. 6046)
     Hercules Plaza, Sixth Floor
     1313 North Market Street
     Wilmington, DE  19801
     Telephone: (302) 984-6000
     jwasson@potteranderson.com
     cjones@potteranderson.com

Dated: July 6, 2022
20237.00001 / 10215404

*Attorneys for Defendant/Counter-Claimant Cocrystal Pharma, Inc.*