# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIBERTY INSURANCE UNDERWRITERS INC., <br><br> *Plaintiff*, <br><br> v. <br><br> COCRYSTAL PHARMA, INC., <br><br> *Defendant*. | Case. No. 1:19-2281-JDW |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Liberty Insurance Underwriters Inc. and Defendant Cocrystal Pharma, Inc., hereby stipulate to the dismissal of this entire action, including all claims and counterclaims, with prejudice.

Each party shall bear its own attorney's fees, costs and expenses incurred.

Date: November 27, 2023

Of Counsel:

HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER
Ronald P. Schiller
Robert L. Ebby
Isabel C. Naveira López
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568-6200 (telephone)
(215) 568-0300 (facsimile)
rschiller@hangley.com
rebby@hangley.com
inaveira@hangley.com

SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Robert J. Katzenstein*
Robert J. Katzenstein (No. 378)
Julie M. O'Dell (No. 6191)
Brandywine Building
1000 West Street, Suite 1501
P.O. Box 410
Wilmington, DE 19899
302-652-8400
rjk@skjlaw.com
jmo@skjlaw.com

*Attorneys for Plaintiff Liberty Insurance Underwriters Inc*.

| | |
|---|---|
| Of Counsel:<br><br>PILLSBURY WINTHROP SHAW<br>Tamara D. Bruno<br>Peter M. Gillon<br>1200 Seventeenth Street NW<br>Washinton, DC 20036-3006<br>Telephone: (202) 663-9249<br>tamara.bruno@pillsburylaw.com<br>peter.gillon@pillsburylaw.com<br><br><br><br>Dated: November 27, 2023 | POTTER ANDERSON & CORROON LLP<br><br>*/s/ Jennifer C. Wasson*<br>Jennifer C. Wasson (No. 4933)<br>Carla M. Jones (No. 6046)<br>Ryan D. Kingshill (No. 6838)<br>Hercules Plaza, Sixth Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>Telephone: (302) 984-6000<br>jwasson@potteranderson.com<br>cjones@potteranderson.com<br>rkingshill@potteranderson.com<br><br>*Attorneys for Defendant Cocrystal Pharma, Inc.*<br><br>**SO ORDERED:**<br><br>*/s/ Joshua D. Wolson*<br>Joshua D. Wolson<br>U.S. District Court Judge |